UNITED STATES DISTRICT COURT
DISTRICT OF NORTH DAKOTA

Greg Freeman,

v.  Case No: 3:21-cv-96

Guardian Life Insurance Company
of America.

## CLERK'S MINUTES
Proceeding: Mid-Discovery Status Conference
*(via Telephone)*

Presiding Judge: U.S. Magistrate Judge Alice R. Senechal    Date: Friday, October 1, 2021
Deputy Clerk: Jacqueline Stewart                             Time: 8:59 a.m.
Law Clerk: Kevin Thomson                                     Recess: 9:04 a.m.
Digital Recorder: 211001-000.mp3 (JS Chambers Recorder)

---

Counsel for Plaintiff: McLain Schneider
Counsel for Defendant: Ridhi Madia

---

Court calls case and counsel enter appearances.
Attorney Schneider provides case update.

Administrative records recently provided to plaintiff's counsel.

Discussion held regarding upcoming settlement conference scheduled for November 18, 2021.
Discussion held regarding appearances for the settlement conference.
Attorney Madia will make arrangements for appearances via video.


Recess.