UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NORTH DAKOTA
EASTERN DIVISION

| | |
|---|---|
| GREG FREEMAN, | ) Case No. 3:21-cv-00096-PDW-ARS |
| | ) |
| Plaintiff, | ) Judge Peter D. Welte |
| | ) Magistrate Judge Alice R. Senechal |
| v. | ) |
| | ) |
| THE GUARDIAN LIFE INSURANCE COMPANY OF AMERICA, | ) |
| | ) |
| Defendant. | ) |

## STIPULATION FOR DISMISSAL WITH PREJUDICE

Plaintiff Greg Freeman and Defendant The Guardian Life Insurance Company of America submit this Stipulation for Dismissal with Prejudice, seeking dismissal of this entire matter with prejudice, with each party to bear their own fees and costs. These parties further move for entry of an Order of Dismissal with Prejudice submitted in conjunction with this Stipulation.

**December 8, 2021**
By:   /s/ Ridhi D. Madia
Ridhi D. Madia (IL ARDC #6334462)
CHITTENDEN, MURDAY & NOVOTNY LLC
303 W. Madison Street, Suite 2400
Chicago, IL 60606
(312) 281-3600 (tel)
(312) 281-3678 (fax)
rmadia@cmn-law.com
*Attorney for Defendant, The Guardian Life Insurance Company of America*

**December 14, 2021**
By:  Mac Schneider (w/ consent)
Mac Schneider
Schneider Law
Attorney for Plaintiff
ND ID# 06476
815 Third Avenue South
Fargo, North Dakota 58201
(701) 235-4481
mac@schneiderlawfirm.com
*Attorney for Plaintiff, Greg Freeman*