IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NORTH DAKOTA

| | |
|---|---|
| Greg Freeman,<br><br>    Plaintiff,<br><br>  vs.<br><br>The Guardian Life Insurance Company of America,<br><br>    Defendant. | **ORDER ADOPTING STIPULATION**<br><br>Case No. 3:21-cv-96 |

  Before the Court is a "Stipulation for Dismissal with Prejudice" filed on December 14, 2021. Doc. No. 28. The Court **ADOPTS** the stipulation (Doc. No. 28) in its entirety and **ORDERS** the action be dismissed with prejudice, pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, with all parties to bear their own costs, expenses, and fees.

  **IT IS SO ORDERED**.

  Dated this 15th day of December, 2021.

                */s/ Peter D. Welte*
                Peter D. Welte, Chief Judge
                United States District Court